*William W. Torry et al.* v. *The Bank of Orleans.* J. W. GILBERT, for complainants; H. R. SELDEN, for defendants.

Decree of the vice chancellor reversed, with costs to the complainants; and the defendants decreed to convey lot No. 182 to the complainant Torry, subject to the lien of Gilbert thereon by virtue of his mortgage, with covenants against their own acts or incumbrances; with liberty to the complainants to apply for a reference as to rents and profits, &c. Defendants to pay the costs of the suit.

*Joseph Whitingham* v. *James Cummings et al.* W. SILLIMAN, for complainant; W. MULOCK, for defendants.

Order of the vice chancellor reversed; and the order to close the proofs to be opened, and the time to take testimony extended for 40 days. Costs to abide the event.

*John Burley et al.* v. *Cynthia Webster et al.* R. J. HILTON, for complainant; J. RHOADES and J. V. L. PRUYN, for defendants.

The exception of Crittenden to the master's report allowed, and his costs to be added to the amount of his debt and interest and paid rateably with the other debts. The exception of the Albany Institute also allowed, with costs.

Decree directing the order and manner of paying the debts and costs; and directing the receiver to sell the real estate of the decedent.

*Parmenus Smith* v. *Samuel L. Smith.* W. SILLIMAN, for complainant; J. DYKEMAN, for defendant.

Application to stay the sale of the property in question and all further proceedings under the decretal order appealed from, pending the appeal, or until further order, granted; but without costs.